UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AJELLON DEDEAUX,<br><br>Defendant. | Case No. 1:14-cr-00125-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

Before the Court is Ajellon Dedeaux's letter requesting appointment of counsel to assist in filing a motion for compassionate release. Dkt. 41. The Court construes the letter as a motion for appointment of counsel. For the reasons that follow, the Court will deny the motion.

## ANALYSIS

In 2015, Dedeaux pled guilty to conspiracy to distribute oxycodone and was sentenced to 144 months incarceration. Dkt. 31. The presentence investigation report held Dedeaux responsible for 450 grams of oxycodone. Dkt. 28. The PSR indicated that Dedeaux did not suffer from any chronic health conditions. *Id.*

**MEMORANDUM DECISION AND ORDER - 1**

Dedeaux seeks appointment of counsel to apply for compassionate release. He alleges that he has exhausted all administrative remedies, is obese, and has previously tested positive for COVID-19.

There is no constitutional right to appointed counsel in post-conviction proceedings. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987) ("The right to appointed counsel extends to the first appeal of right, and no further."). Instead, the decision whether to appoint counsel in post-conviction proceedings rests with the discretion of the district court. *United States v. Harrington*, 410 F.3d 598, 600 (9th Cir. 2005).

Dedeaux's letter is articulate and legible. Further, he has enough understanding of compassionate release to explain factors that may warrant release. The Court sees no special circumstances in the record that may warrant the appointment of counsel. Therefore, the Court will deny Dedeaux's motion. If Dedeaux decides to file a pro se motion for compassionate release, he should make clear how the 18 U.S.C. 3553(a) factors support his motion and explain what extraordinary and compelling reasons warrant his release. He should also include copies of any records or documents that support his motion.

**MEMORANDUM DECISION AND ORDER - 2**

## ORDER

**IT IS ORDERED** that Ajellon Dedeaux's Motion for Appointment of Counsel (Dkt. 41) is **DENIED**.

DATED: February 5, 2021

B. Lynn Winmill
U.S. District Court Judge

MEMORANDUM DECISION AND ORDER - 3